E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOLENE TANNER
Assistant United States Attorney
Chief, Tax Section
MELISSA BRIGGS (Cal. Bar No. 320697)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6165
     Facsimile: (213) 894-0115
     E-mail:   melissa.briggs2@usdoj.gov

Attorneys for Defendant
United States of America


Dennis Evans (CA Bar # 276923)
Dayes Law Firm PC
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 800-503-2000
Fax: (602) 288-1632
E-Mail: dennis.evans@dayeslawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| COAST MACHINING SPECIALIST CORP., | No. 8:24-cv-01557-JVS-KESx |
| Plaintiff, | Stipulation for Dismissal With Prejudice |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Hon. James V. Selna |

1

1  Coast Machining Specialist Corporation, plaintiff, and the United States of
2  America, defendant, stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case is
3  dismissed with prejudice, with each party bearing their own attorney's fees and costs.
4  As set forth in Fed. R. Civ. P. 41(a)(1)(A)(ii), no court order is required to effect
5  this dismissal.
6  IT IS SO STIPULATED.

Dated: December 4, 2024                     Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
Assistant United States Attorney
JOLENE TANNER
Chief, Tax Section
Assistant United States Attorney

 /s/ Melissa Briggs
MELISSA BRIGGS
Assistant United States Attorney
Attorneys for Defendant
United States of America


 /s/ Dennis Evans
Dennis Evans
DAYES LAW FIRM
Attorney for Plaintiff Coast Machining Specialist Corporation


Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Dennis Evans, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.
 /s/ Melissa Briggs
Melissa Briggs